**THIS ORDER IS APPROVED.**

**Dated: October 19, 2026**

**Scott H. Gan, Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>OLA MAE POWELL,<br><br><br><br>Debtor(s). | In Proceedings Under Chapter 13<br><br>Case No. 4:26-bk-06164-SHG<br><br>ORDER SUSTAINING AMENDED OBJECTION TO PROOF OF CLAIM FILED BY INTERNAL REVENUE SERVICE<br><br>(Claim #5) |

ON THIS DATE the Court considered the Debtor's objection to proof of claim #5, filed by Internal Revenue Service (the "Claimant") on or about August 5, 2026. The Debtor filed such objection on September 22, 2026, requesting that Court issue an Order directing the Internal Revenue Service to withdraw its current claim because it was filed under the Arizona Department of Revenue on the Claims Register and file another claim under the Internal Revenue Service on the Claims Register. Also, the Objection requested the Court to require the Internal Revenue Service to correct its proof of claim in light of the affidavit provided to the Internal Revenue Service. The Court finds that the objection to claim contains proof sufficient to overcome the presumption of validity imposed by Fed. R. Bankr. P. 3001(f) and was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure. The Court further finds that the objection or notice contained the appropriate twenty-one (21)-day negative notice language, pursuant to LBR 3007, which directed the Claimant to file a written response within twenty-one days or the objection may be sustained by the court without further notice or hearing. Due to the failure of the Claimant to file a timely written response to the objection, the Court deems the Debtor's claim objection to be unopposed and, therefore, the Court finds that just cause exists for the entry of the following order:

IT IS THEREFORE ORDERED that the Debtor's Objection to the Proof of Claim filed by Claimant is SUSTAINED and Orders the Internal Revenue Service to withdraw the Proof of Claim (Claim #5) and file a new claim under the Internal Revenue Service on the Claims

Register. It is FURTHER ORDERED that the Internal Revenue Service, when filing its new claim, to do so in light of the affidavit provided by Debtor to the IRS..

**SIGNED AND DATED ABOVE**